AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

EDWARD T. PETERS

**JUDGMENT IN A CIVIL CASE**

V.
AM GENERAL LLC

Case Number:   05-CV-72177-DT

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the plaintiff take nothing, that the action be dismissed on the merits and that the defendant recover of the plaintiff its costs of action.

January 19, 2006
Date

DAVID J. WEAVER
Clerk

(By) Deputy Clerk
s/Marilyn Orem